

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2019

No. 04-19-00113-CR

Roger **SOLIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0755B
Honorable Mary D. Roman, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 24, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2019.

_____
Keith E. Hottle, Clerk of Court